**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HAROLD WILLIAMS,

   Plaintiff,

                                   CASE NO.: 8:18-CV-01588-EAK-JSS

-vs-

ONEMAIN FINANCIAL GROUP, LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

Plaintiff, Harold Williams, Sr., by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to David A. Elliott, Esquire, DElliot@Burr.com via the Court's CM/ECF system on this 27 day of November, 2018.

                */s/ Octavio Gomez*
                Octavio Gomez, Esquire
                Florida Bar No.: 0338620
                Morgan & Morgan, Tampa, P.A.
                201 N. Franklin Street, Suite 700
                201 N. Franklin Street, 7th Floor
                Tampa, Florida 33602
                Tele: (813) 223-5505
                Fax: (813) 223-5402
                Primary Email: TGomez@ForThePeople.com
                Secondary Email: LDobbins@ForThePeople.com
                *Attorney for Plaintiff*