## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HAROLD WILLIAMS,**

      **Plaintiff,**

**-v-**                                                                                                      **CASE NO.**
                                                                                                    **8:18-cv-01588-EAK-JSS**

**ONEMAIN FINANCIAL GROUP, LLC,**

      **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the Plaintiff, HAROLD WILLIAMS, and the Defendant, ONEMAIN FINANCIAL GROUP, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 16th day of January, 2019.

*/s/David A. Elliott*                                       */s/Octavio Gomez*
David Elliott, Esq.                                             Octavio "Tav" Gomez, Esq.
Email:delliott@burr.com; tsmyth@burr.com     Morgan & Morgan, Tampa, P.A.
Burr & Forman, LLP                                   201 N. Franklin St., 7th FL
420 N. 20th, Suite 3400                             Tampa, FL 33602
Birmingham, AL 35203                             Tgomez@forthepeople.com
Telephone: (205) 251-3000
Facsimile: (205) 458-5100                         **ATTORNEYS FOR PLAINTIFF,**
                                                                           **HAROLD WILLIAMS**

**ATTORNEYS FOR DEFENDANT, ONEMAIN FINANCIAL GROUP, LLC**

32818513 v1